IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAXIMILLIAN LEDWITH,

                Plaintiff,

  v.                                      Case No.  17-cv-894-wmc

ACCESS COMMUNITY HEALTH, CENTER'S
DENTAL CLINIC d/b/a MADISON COMMUNITY
DENTAL, JOHN WIEDERHOLT and
UNITED STATES OF AMERICA,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 7/24/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |